UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WRIGHT FAMILY LAW GROUP, P.C. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOOGLE INC. ) <br> ) <br> Defendant. ) <br> ) | Case No. 1: 19-CV-11323-NMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Wright Family Law Group, P.C. and Defendant Google LLC[1] hereby stipulate to the dismissal of Plaintiff's action with prejudice, without costs and fees, and without right of appeal.

Dated: June 20, 2019

Respectfully submitted,

PLAINTIFF
WRIGHT FAMILY LAW GROUP, P.C.

By its attorney,

/s/ Ellen Anna Wright
Ellen Anna Wright (BBO #675339)
ellen@wrightfamilylawgroup.com
Wright Family Law Group, P.C.
1445 Main Street
Tewksbury, MA 01876
Telephone: (978) 851-2291
Facsimile: (978) 851-2292

Respectfully submitted,

DEFENDANT
GOOGLE LLC

By its attorneys,

/s/ Sarah P. Kelly
Sarah P. Kelly (BBO #664267)
skelly@nutter.com
James W. Gately (BBO #698443)
jgately@nutter.com
Nutter, McClennen & Fish, LLP
Seaport West, 155 Seaport Blvd.
Boston, MA 02210
Telephone: (617) 439-2000
Facsimile: (617) 310-9000

---

[1] Google LLC was previously known as Google Inc.

## **CERTIFICATE OF SERVICE**

      I certify that, on June 20, 2019 this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                        /s/ Sarah P. Kelly
                                        Sarah P. Kelly

4526140.1